An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHER DONALD LOMPREY,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65866

**FILED**

JUL 24 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from orders denying a petition for judicial notice, petition for judicial review, and motion for the appointment of counsel. Eighth Judicial District Court, Clark County; David B. Barker, Valerie Adair, Judges.

Because no statute or court rule permits an appeal from an order denying the abovementioned motions, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

14-24114

cc: Hon. David B. Barker, District Judge
Hon. Valerie Adair, District Judge
Christopher Donald Lomprey
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk